**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| MAGGIORE, MARCO R. | § | Case No. 10-49040 |
| MAGGIORE, CARRIE L. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/09/2012 and the deadline for filing governmental claims was 08/09/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 13,700.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 13,700.00 , for a total compensation of $ 13,700.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/27/2014            By: _Joseph E. Cohen_
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-49040 ABG Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | MAGGIORE, MARCO R. | |
| | MAGGIORE, CARRIE L. | |
| For Period Ending: | 05/14/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 10/31/10 (f) |
| 341(a) Meeting Date: | 11/29/10 |
| Claims Bar Date: | 08/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 560 Checker Dr, Buffalo Grove, IL 60089 | 320,000.00 | 0.00 | | 239,000.00 | FA |
| 2. Cash on Hand | 35.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Bank -- Checking | 274.44 | 0.00 | | 0.00 | FA |
| 4. Fifth Third Bank - Checking | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Buffalo Grove Bank & Trust (Frozen by State Invest | 1,800.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods and Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Books and Pictures | 200.00 | 0.00 | | 0.00 | FA |
| 8. wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring | 5,695.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance through employment | 0.00 | 0.00 | | 0.00 | FA |
| 12. Iconic Concepts - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 13. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2 dogs | 30.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $332,234.44    $0.00    $239,000.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CASE WAS FILED AS A NO ASSET CASE. TRUSTEE IS FILING MOTION TO REOPEN BECAUSE MORTGAGE WAS IMPROPERLY RECORDED AND HOUSE AND IS VOID. TRUSTEE HAS FILED MOTION TO EMPLOY BROKER AND ADVERSARY COMPLAINT TO AVOID LIENS AND SELL FREE AND CLEAR. TRUSTEE HAS SOLD HOUSE AND OBTAINED COURT ORDER FOR SALE FREE AND CLEAR OF LIENS. TRUSTEE FILED MOTIONS TO COMPENSATE ATTORNEYS AND TO PAY HOMESTEAD. TRUSTEE IS REVIEWING CLAIMS AND WILL FILE OBJECTIONS IF NECESSARY - January

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-49040    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | MAGGIORE, MARCO R. | Date Filed (f) or Converted (c): 10/31/10 (f) |
| | MAGGIORE, CARRIE L. | 341(a) Meeting Date: 11/29/10 |
| | | Claims Bar Date: 08/09/12 |

16, 2014.  TRUSTEE IS PREPARING HIS TFR AND RELATED DOCUMENTS - April 30, 2014.

Initial Projected Date of Final Report (TFR): 06/30/13          Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-49040 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MAGGIORE, MARCO R. | Bank Name: | ASSOCIATED BANK |
| | MAGGIORE, CARRIE L. | Account Number / CD #: | *******2358 Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | *******5866 | | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | 1 | CHICAGO TITLE AND TRUST COMPANY | | | 208,804.19 | | 208,804.19 |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount: 239,000.00 | 1110-000 | | | |
| | | BROKERS REAL ESTATE COMMISSION | Memo Amount: ( 14,735.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | REAL ESTATE TAXES | Memo Amount: ( 9,051.73 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | MISCELLANEOUS EXPENSES RELATED TO S | Memo Amount: ( 6,409.08 ) | 2500-000 | | | |
| | | | Misc. expenses | | | | |
| 02/04/13 | 300001 | MARCO & CARRIE MAGGIORE | Payment of Homestead Exemption | 8100-000 | | 30,000.00 | 178,804.19 |
| | | | Payment of Homestead Exemption | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 100.11 | 178,704.08 |
| 02/21/13 | 300002 | Richard E. Patinkin | Attorney fees per court order | 3210-000 | | 3,015.00 | 175,689.08 |
| 02/23/13 | 300003 | ADVANTAGE INDUSTRIES | Satisfaction of Judgment | 4120-000 | | 4,839.75 | 170,849.33 |
| 03/05/13 | 300004 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 219.46 | 170,629.87 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 246.66 | 170,383.21 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 255.03 | 170,128.18 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 244.75 | 169,883.43 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 252.57 | 169,630.86 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 244.06 | 169,386.80 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 251.84 | 169,134.96 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 251.46 | 168,883.50 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 243.01 | 168,640.49 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 250.72 | 168,389.77 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 242.28 | 168,147.49 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 249.98 | 167,897.51 |

Page Subtotals 208,804.19 40,906.68

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-49040 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | MAGGIORE, MARCO R. | Bank Name: | ASSOCIATED BANK |
| | MAGGIORE, CARRIE L. | Account Number / CD #: | *******2358 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5866 | | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 249.63 | 167,647.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 225.13 | 167,422.75 |
| 04/05/14 | 300005 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 243.14 | 167,179.61 |

|  |  |  |  |
| --- | --- | --- | --- |
| Memo Allocation Receipts: | 239,000.00 | COLUMN TOTALS | 208,804.19    41,624.58    167,179.61 |
| Memo Allocation Disbursements: | 30,195.81 | Less: Bank Transfers/CD's | 0.00    0.00 |
| | | Subtotal | 208,804.19    41,624.58 |
| Memo Allocation Net: | 208,804.19 | Less: Payments to Debtors | 30,000.00 |
| | | Net | 208,804.19    11,624.58 |
| Total Allocation Receipts: | 239,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS    NET DISBURSEMENTS    ACCOUNT BALANCE |
| Total Allocation Disbursements: | 30,195.81 | Checking Account (Non-Interest Earn - *******2358) | 208,804.19    11,624.58    167,179.61 |
| Total Memo Allocation Net: | 208,804.19 | | 208,804.19    11,624.58    167,179.61 |
| | | | (Excludes Account Transfers)    (Excludes Payments To Debtors)    Total Funds On Hand |

Page Subtotals    0.00    717.90

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 10, 2014 |

Case Number: 10-49040  
Debtor Name: MAGGIORE, MARCO R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $10,835.10 | $10,835.10 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $13,700.00 | $13,700.00 |
| 001<br>3410-00 | COOKE & LEWIS, LTD.<br>2638 Patriot Blvd.<br>Suite 100<br>Glenview, IL 60026 | Administrative | | $0.00 | $3,020.00 | $3,020.00 |
| 001<br>2700-00 | CLERK, U.S. BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $293.00 | $293.00 |
| 001<br>2700-00 | CLERK, U.S. BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $260.00 | $260.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $462.60 | $462.60 |
| 070<br>7100-00 | Commonwealth Land Title Insurance Co.<br>c/o James A. Roth<br>Fidelity National Law Group<br>10 S. LaSalle, Suite 2750<br>Chicago, IL 60603 | Unsecured | | $0.00 | $304,463.40 | $304,463.40 |
| 000001<br>070<br>7100-00 | Real Time Resolutions, Inc.<br>Agent for Specialized Loan Servicing LLC<br>1750 Regal Row, Suite 120<br>Dallas, TX 75235 | Unsecured | | $0.00 | $44,460.01 | $44,460.01 |
| 000002<br>070<br>7100-00 | Midland Funding, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $14,568.97 | $14,568.97 |
| 000003<br>070<br>7100-00 | Midland Funding, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $10,019.60 | $10,019.60 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 10, 2014 |
|---|---|---|---|---|---|---|

Case Number:  10-49040  
Debtor Name:  MAGGIORE, MARCO R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004<br>070<br>7100-00 | Discover Bank, DB Servicing Corporation.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $6,682.65 | $6,682.65 |
| 000005<br>070<br>7100-00 | Beacon Funding Corporation<br>c/o Patricia E. Rademacher<br>Coston & Coston LLC<br>105 W. Adams, Suite 1400<br>Chicago, IL 60603 | Unsecured | | $0.00 | $92,121.30 | $92,121.30 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,845.85 | $2,845.85 |
| 000007<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A USA<br>MBNA America Bank, N.A<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $27,905.63 | $27,905.63 |
| 000008<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A USA<br>MBNA America Bank, N.A<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $15,902.89 | $15,902.89 |
| 000009<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From GLOBAL<br>ACCEPTANCE CREDIT<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: CHASE BANK USA | Unsecured | | $0.00 | $25,322.89 | $25,322.89 |
| 000010<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $6,457.18 | $6,457.18 |
| 000011<br>070<br>7100-00 | Highland Park Building III, LLC<br>c/o Gregory E. Kulis & Assoc.<br>30 N. LaSalle St, Suite 2140<br>Chicago, IL 60602 | Unsecured | | $0.00 | $58,887.43 | $58,887.43 |
| | Case Totals: | | | $0.00 | $638,208.50 | $638,208.50 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-49040
Case Name: MAGGIORE, MARCO R.
            MAGGIORE, CARRIE L.
Trustee Name: JOSEPH E. COHEN

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ | $ | $ |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: CLERK, U.S. BANKRUPTCY COURT | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Real Time Resolutions, Inc. Agent for Specialized Loan Servicing LLC 1750 Regal Row, Suite 120 Dallas, TX 75235 | $ | $ | $ |
| 000002 | Midland Funding, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Midland Funding, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000004 | Discover Bank, DB Servicing Corporation.<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000005 | Beacon Funding Corporation<br>c/o Patricia E. Rademacher<br>Coston & Coston LLC<br>105 W. Adams, Suite 1400<br>Chicago, IL 60603 | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000007 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A USA<br>MBNA America Bank, N.A<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ | $ | $ |
| 000008 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A USA<br>MBNA America Bank, N.A<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Jefferson Capital Systems LLC<br>Purchased From GLOBAL ACCEPTANCE CREDIT<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: CHASE BANK USA | $ | $ | $ |
| 000010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000011 | Highland Park Building III, LLC<br>c/o Gregory E. Kulis & Assoc.<br>30 N. LaSalle St, Suite 2140<br>Chicago, IL 60602 | $ | $ | $ |
|  | Commonwealth Land Title Insurance Co.<br>c/o James A. Roth<br>Fidelity National Law Group<br>10 S. LaSalle, Suite 2750<br>Chicago, IL 60603 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

                                        NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                                        NONE