# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
MAGGIORE, MARCO R. § Case No. 10-49040
MAGGIORE, CARRIE L. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/11/2014 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                          Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAGGIORE, MARCO R. | § | Case No. 10-49040 |
| MAGGIORE, CARRIE L. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ | $ | $ |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: CLERK, U.S. BANKRUPTCY COURT | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Real Time Resolutions, Inc.<br>Agent for Specialized Loan Servicing LLC<br>1750 Regal Row, Suite 120<br>Dallas, TX 75235 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Midland Funding, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ | $ | $ |
| 000003 | Midland Funding, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ | $ | $ |
| 000004 | Discover Bank, DB Servicing Corporation. PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000005 | Beacon Funding Corporation c/o Patricia E. Rademacher Coston & Coston LLC 105 W. Adams, Suite 1400 Chicago, IL 60603 | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000007 | FIA CARD SERVICES, N.A. Bank of America, N.A USA MBNA America Bank, N.A PO Box 15102 Wilmington, DE 19886-5102 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A<br>USA<br>MBNA America Bank, N.A<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ | $ | $ |
| 000009 | Jefferson Capital Systems LLC<br>Purchased From<br>GLOBAL ACCEPTANCE CREDIT<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: CHASE BANK USA | $ | $ | $ |
| 000010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000011 | Highland Park Building III, LLC<br>c/o Gregory E. Kulis & Assoc.<br>30 N. LaSalle St, Suite 2140<br>Chicago, IL 60602 | $ | $ | $ |
| | Commonwealth Land Title Insurance Co.<br>c/o James A. Roth<br>Fidelity National Law Group<br>10 S. LaSalle, Suite 2750<br>Chicago, IL 60603 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if

applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.