# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAGGIORE, MARCO R. | § | Case No. 10-49040 |
| MAGGIORE, CARRIE L. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF BANKRUPTCY COURT
### 219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/11/2014 in Courtroom ,

### North Branch Court
### 1792 Nicole Lane
### Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: _____
                                              Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAGGIORE, MARCO R. | § | Case No. 10-49040 |
| MAGGIORE, CARRIE L. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 239,000.00 |
| and approved disbursements of | $ | 71,820.39 |
| leaving a balance on hand of[1] | $ | 167,179.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $    13,700.00 | $    0.00 | $    13,700.00 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $    10,324.00 | $    0.00 | $    10,324.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys for Trustee | $    511.10 | $    0.00 | $    511.10 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $    2,750.00 | $    0.00 | $    2,750.00 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $    270.00 | $    0.00 | $    270.00 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $    293.00 | $    0.00 | $    293.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $            462.60 | $            462.60 | $                0.00 |
| Other: CLERK, U.S. BANKRUPTCY COURT | $            260.00 | $                0.00 | $            260.00 |

Total to be paid for chapter 7 administrative expenses        $_____28,108.10

Remaining Balance        $_____139,071.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 609,637.80  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Real Time Resolutions, Inc.<br>Agent for Specialized Loan Servicing LLC<br>1750 Regal Row, Suite 120<br>Dallas, TX 75235 | $            44,460.01 | $                0.00 | $            10,142.29 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Midland Funding, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 14,568.97 | $ 0.00 | $ 3,323.49 |
| 000003 | Midland Funding, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 10,019.60 | $ 0.00 | $ 2,285.69 |
| 000004 | Discover Bank, DB Servicing Corporation. PO Box 3025 New Albany, OH 43054-3025 | $ 6,682.65 | $ 0.00 | $ 1,524.46 |
| 000005 | Beacon Funding Corporation c/o Patricia E. Rademacher Coston & Coston LLC 105 W. Adams, Suite 1400 Chicago, IL 60603 | $ 92,121.30 | $ 0.00 | $ 21,014.85 |
| 000006 | Capital One Bank (USA), N.A American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 2,845.85 | $ 0.00 | $ 649.20 |
| 000007 | FIA CARD SERVICES, N.A. Bank of America, N.A USA MBNA America Bank, N.A PO Box 15102 Wilmington, DE 19886-5102 | $ 27,905.63 | $ 0.00 | $ 6,365.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A<br>USA<br>MBNA America Bank, N.A<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 15,902.89 | $ 0.00 | $ 3,627.79 |
| 000009 | Jefferson Capital Systems LLC<br>Purchased From GLOBAL ACCEPTANCE CREDIT<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: CHASE BANK USA | $ 25,322.89 | $ 0.00 | $ 5,776.70 |
| 000010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 6,457.18 | $ 0.00 | $ 1,473.02 |
| 000011 | Highland Park Building III, LLC<br>c/o Gregory E. Kulis & Assoc.<br>30 N. LaSalle St, Suite 2140<br>Chicago, IL 60602 | $ 58,887.43 | $ 0.00 | $ 13,433.49 |
| | Commonwealth Land Title Insurance Co.<br>c/o James A. Roth<br>Fidelity National Law Group<br>10 S. LaSalle, Suite 2750<br>Chicago, IL 60603 | $ 304,463.40 | $ 0.00 | $ 69,454.66 |

Total to be paid to timely general unsecured creditors        $        139,071.51

Remaining Balance        $        0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if

applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-49040-ABG
Marco R. Maggiore                                                         Chapter 7
Carrie L. Maggiore
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina          Page 1 of 3          Date Rcvd: Jun 17, 2014
                             Form ID: pdf006         Total Noticed: 91

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2014.
```
db/jdb      #+Marco R. Maggiore,    Carrie L. Maggiore,    560 Checker Drive,    Buffalo Grove, IL 60089-1666
aty          +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
aty          +The Firm of Cohen & Krol,    105 W Madison St Ste 1100,    Chicago, IL 60602-4600
16364555      Accelerated Rehab Centers, LTD.,    35212 Eagle Way,    Chicago, IL 60678-1352
16364556     +Advantage Industries,    3540 109th Street,    Urbandale, IA 50322-8100
16364557      Adversiting Specialty Institute,    c/o CST Bldg,    PO Box 33127,    Louisville, KY 40232-3127
16364558      American Express,    Box 0001,    Los Angeles, CA 90096-0001
19136927      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16364559     +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
16364560     +Arrow Financial Services,    5996 West Touhy Avenue,    Niles, IL 60714-4610
16364561     +Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
19021448     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  FIA CARD SERVICES, N.A.,    Bank of America, N.A USA,
               MBNA America Bank, N.A,    PO Box 15102,    Wilmington, DE 19886-5102)
16364563     +Baker, Miller, Markoff & Krasny, LL,    29 N. Wacker Dr, 5th Flor,    Chicago, IL 60606-3221
16364565     #Bank Of America,    PO Box 15026,    Wilmington, DE 19850-5026
16364566      Bank of America,    475 CrossPoint Parkway,    P.O. Box 9000,    Getzville, NY 14068-9000
16364564     +Bank of America,    Attn: Bankruptcy NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
18947262     +Beacon Funding Corporation,    c/o Patricia E. Rademacher,    Coston & Coston LLC,
               105 W. Adams, Suite 1400,    Chicago, IL 60603-6206
16364576     +COSTON & RADEMACHER,    105 W. Adams #1400,    Chicago, IL 60603-6206
19009796      Capital One Bank (USA), N.A,    American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
16364569      Captial One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
16364570     +Centers For Family Change,    2907 Butterfield Rd, Suite 240,    Oak Brook, IL 60523-3123
16364571     +Chase,    201 N Walnut Street,    Mailstop DE1-1027,    Wilmington, DE 19801-2920
16364572     +Chase Bank USA N.A.,    131 South Dearborn Street Floor 5,    Chicago, IL 60603-5517
16364574      Citifinancial,    3950 Regent Blvd. S2A-283,    Irving, TX 75063-2244
19832278     +Commonwealth Land Title Insurance Company,    c/o James Roth , Fidelity National Law G,
               10 S. LaSalle St., Suite 2750,    Chicago, IL 60603-1108
16364577     +Credit Control, LLC,    5757 Phantom Dr,    Hazelwood, MO 63042-2429
16364578     +Creditors Financial Group, LLC,    PO Box 440290,    Aurora, CO 80044-1500
16364579     +D. Patrick Mularkey,    Room 7894, JCB Building,    555 4th Street N.W.,
               Washington, DC 20001-2733
16364580     +Detroit Golf CLub,    c/0 Michelle A. Carter, Esq.,    201 W. Big Beaver Rd, Suite 500,
               Troy, MI 48084-4160
16364581      Direct Loan Service System,    501 Bleeker Street,    Madison, NY 13402
16364584     +Equifax Information Services, LLC,    PO Box 105835,    Atlanta, GA 30348-5835
16364585      Evanston Northwestern Healthcare,    Hospital Billing,    23056 Neetwork PL,
               Chicago, IL 60673-1230
16364586     +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
16364587     +First Federal Credit Control,    1550 Old Henderson Rd, Suite 100,    Columbus, OH 43220-3626
16364588     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
16364592     +Highland Park Building III, LLC,    c/o Gregory E. Kulis & Assoc.,    30 N. LaSalle St, Suite 2140,
               Chicago, IL 60602-3368
16364593     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section,
               100 W. Randolph Street,    Chicago, IL 60606)
16364594     +Illinois Tollway,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
16364595      Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
19540751     +James A Roth,    Fidelity National Law Group,    10 S LaSalle Street, Suite 2750,
               Chicago, IL 60603-1108
16364598     +Klean Kanteen,    c/o Rodgers Law Offices, LLC,    1751-D West Howard Ave, #237,
               Chicago, IL 60626-1645
16364600     +Lawrence B. Metrick, MD,    Renaissance Recovery Services, Inc.,    PO Box 1095,
               Park Ridge, IL 60068-7095
16364601     +Lynn and Philip Barras,    1128 Jeffrey Court West,    Northbrook, IL 60062-4615
16364603     +Matthew T. Voss,    440 South LaSalle Street,    Chicago, IL 60605-1028
16364604     +Meyer & Njus, PA,    1100 U.S. Bank Plaza,    200 S. Sixth Street,    Minneapolis, MN 55402-1403
16364605     +Michael Nerheim,    9 South County Street,    Waukegan, IL 60085-5589
19927304      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
16364607     +NCO Financial Systems Inc.,    507 Prudential Road,    New York, NY 10285-0001
16364606     #Nationwide Credit, Inc.,    1150 E. University Dr,    First Floor,    Tempe, AZ 85281-8674
16364609     +Nissan Motor Acceptance Corp.,    Bankruptcy Department,    PO Box 660366,    Dallas, TX 75266-0366
16364610     +North Shore Laboratory Services,    ATTN Collection Dept.,    9851 Eagle Way,
               Chicago, IL 60678-1098
16364611      Northshore University HealthSystem,    Hospital Building,    23056 Network Place,
               Chicago, IL 60673-1230
16364612     +Northstar Location Services,    4285 Genesee St,    Cheektowaga, NY 14225-1943
16364614     +Penncro,    PO Box 538,    Oaks, PA 19456-0538
16364615     +Pierce and Assoc.,    One N. Dearborn St,    Suite 1300,    Chicago, IL 60602-4373
16364616      Pinnacle Management Services,    514 Market Loop, Suite 103,    Bloomingdale, IL 60108
```

```
16364617   +Pioneer Credit Recovery, Inc.,   PO Box 228,   Arcade, NY 14009-0228
16364620    Sears Gold Mastercard,   PO Box 6282,   Sioux Falls, SD 57117-6282
16364621    Sears Gold Mastercard,   P.O. Box 6922,   The Lakes, NV 88901-6922
16364622   +Specialized Loan Services,   8742 Lucent Blvd Suite 300,   Littleton, CO 80129-2386
16364624   +Target National Bank,   P.O. Box 673,   Minneapolis, MN 55440-0673
16364625    The Pediatric Faculty Foundation,   PO Box 4051,   Carol Stream, IL 60197-4051
16364626    TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
16364627   +Transworld Systems, Inc.,   25 Northwest Point Blvd #750,   Elk Grove Village, IL 60007-1058
16364628   +US Department of Education,   Direct Loan Servicing Center,   PO Box 5609,
             Greenville, TX 75403-5609
16364629   +Van Ru Credit Corporation,   1350 E. Touhy Ave,   Suite 100e,   Des Plaines, IL 60018-3337
16364630    Vital Recovery Services, Inc.,   PO Box 923747,   Norcross, GA 30010-3747
16364631   +West Suburban Currency Exchange,   c/o Mages & Price,   707 Lake Cook Rd, Suite 314,
             Deerfield, IL 60015-4933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16364562    E-mail/Text: g20956@att.com Jun 18 2014 01:41:53    AT&T Mobility,   5020 Ash Grove Road,
             Springfield, IL 62711-6329
16694504   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 18 2014 02:39:26    Ascension Capital Group,
             Attn BMW Financial Services NA,   LLC Department,   P.O. Box 201347,   Arlington, TX 76006-1347
16364568    E-mail/Text: bankruptcynotices@bmwfs.com Jun 18 2014 01:41:32    BMW Financial Services,
             Customer Communication Center,   PO Box 3608,   Dublin, OH 43016
16364567   +E-mail/Text: bcoffey@beaconfunding.com Jun 18 2014 01:47:08    Beacon Funding Corp.,
             28 Lord Rd,   Marlborough, MA 01752-4576
18902067    E-mail/PDF: rmscedi@recoverycorp.com Jun 18 2014 01:47:32    Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16364573   +Fax: 602-659-2196 Jun 18 2014 02:15:56    ChexSystems,   Attn Consumer Relations,
             7805 Hudson Road Suite 100,   Saint Paul, MN 55125-1703
16364575   +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2014 01:46:43    Conseco,   PO Box 6153,
             Rapid City, SD 57709-6153
16364582    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 18 2014 01:46:37    Discover,   P.O. Box 15316,
             Wilmington, DE 19850-5316
18929799    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 18 2014 01:46:37
             Discover Bank, DB Servicing Corporation.,   PO Box 3025,   New Albany, OH 43054-3025
16364583   +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 18 2014 01:46:37    Discover Financial Services,
             Attention: Bankruptcy Department,   PO Box 3025,   New Albany, OH 43054-3025
16364589   +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2014 01:44:55    GE Money Bank,
             Attn: Bankruptcy Dept.,   PO Box 103106,   Roswell, GA 30076-9106
16364590   +E-mail/Text: cmcsmi@cmcs.com Jun 18 2014 01:40:30    Gill Studios,
             c/o Premium Collection Service,   822 E. Grand River Rd,   Brighton, MI 48116-1802
16364597    E-mail/Text: cio.bncmail@irs.gov Jun 18 2014 01:39:33    Internal Revenue Service,
             Mail Stop 5010 CHI,   230 S. Dearborn Street,   Chicago, IL 60604
16364596    E-mail/Text: cio.bncmail@irs.gov Jun 18 2014 01:39:33    Internal Revenue Service,
             P.O. Box 21126,   Philadelphia, PA 19114
19130043   +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Jun 18 2014 01:41:15
             Jefferson Capital Systems LLC,   Purchased From GLOBAL ACCEPTANCE CREDIT,   PO BOX 7999,
             SAINT CLOUD MN 56302-7999,   Orig By: CHASE BANK USA
16364599    E-mail/Text: sdvorak@lakecountyil.gov Jun 18 2014 01:38:57    Lake County Treasurer,
             18 N. County Street, Suite 102,   Waukegan, IL 60085-4361
16364602    E-mail/Text: camanagement@mandtbank.com Jun 18 2014 01:39:47    M & T Bank,   1 Fountain Plaza,
             Buffalo, NY 14203
16364608    E-mail/Text: bankrup@aglresources.com Jun 18 2014 01:39:03    Nicor Gas,
             Attn: Banklruptcy Department,   1844 Ferry Rd,   Aurora, IL 60507
16364613   +E-mail/Text: BKRMailOps@weltman.com Jun 18 2014 01:40:34    Nova Information Systems,
             c/o Weltman, Weinberg & Reis Co.,   180 N. LaSalle St, Suite 2400,   Chicago, IL 60601-2704
16364618    E-mail/Text: bkdepartment@rtresolutions.com Jun 18 2014 01:41:10    Real Time Resolutions, Inc.,
             1349 Empire Central Dr Ste #150,   P O Box 36655,   Dallas, TX 75247
18898184    E-mail/Text: bkdepartment@rtresolutions.com Jun 18 2014 01:41:10    Real Time Resolutions, Inc.,
             Agent for Specialized Loan Servicing LLC,   1750 Regal Row, Suite 120,   Dallas, TX 75235
16364619   +E-mail/Text: rjm@ebn.phinsolutions.com Jun 18 2014 01:39:52    RJM Acquisitions, LLC,
             575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-4437
19927305    E-mail/PDF: rmscedi@recoverycorp.com Jun 18 2014 01:45:01
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                          TOTAL: 23


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16364591   ##+Global Acceptance Credit Company,   5850 W. Interstate 20,   Suite 100,
             Arlington, TX 76017-1071
16364623   ##Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
                                                                             TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

                    ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2014                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2014 at the address(es) listed below:
          E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
          trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          E. Philip  Groben    on behalf of Plaintiff Joseph E. Cohen pgroben@cohenandkrol.com,
          trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          James A Roth    on behalf of Defendant    M&T Bank jroth@fnf.com
          Joseph E Cohen    jcohen@cohenandkrol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
          jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Accountant Stephen M. Lewis jcohen@cohenandkrol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bach    on behalf of Debtor Marco R. Maggiore paul@bachoffices.com,
          bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
          @gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
          Paul M Bach    on behalf of Defendant Marco R. Maggiore paul@bachoffices.com,
          bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
          @gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
          Paul M Bach    on behalf of Defendant Carrie L. Maggiore paul@bachoffices.com,
          bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
          @gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
          Paul M Bach    on behalf of Joint Debtor Carrie L. Maggiore paul@bachoffices.com,
          bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
          @gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
          Penelope N Bach    on behalf of Debtor Marco R. Maggiore pnbach@bachoffices.com,
          bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
          @gmail.com;bkycourtinfo@gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
          Penelope N Bach    on behalf of Joint Debtor Carrie L. Maggiore pnbach@bachoffices.com,
          bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
          @gmail.com;bkycourtinfo@gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
          Toni  Dillon    on behalf of Creditor    M&T Mortgage Corporation tdillon@atty-pierce.com,
          northerndistrict@atty-pierce.com
                                                                    TOTAL: 15