UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
MAGGIORE, MARCO R.                  §        Case No. 10-49040
MAGGIORE, CARRIE L.                 §
                                    §
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARCO & CARRIE MAGGIORE | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M & T Bank 1 Fountain Plaza Buffalo, NY 14203 | | | | | |
| | Pierce and Assoc. One N. Dearborn St Suite 1300 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Real Time Resolutions, Inc. PO Box 35888 Dallas, TX 75235-0888 | | | | | |
| | Specialized Loan Services 8742 Lucent Blvd Suite 300 Littleton, CO 80129 | | | | | |
| | ADVANTAGE INDUSTRIES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MISCELLANEOUS EXPENSES RELATED TO S | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| REAL ESTATE TAXES | | | | | |
| COHEN & KROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| RICHARD E. PATINKIN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| BROKERS REAL ESTATE COMMISSION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D. Patrick Mularkey Room 7894, JCB Building 555 4th Street N.W. Washington, DC 20001 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Mobility 5020 Ash Grove Road Springfield, IL 62711-6329 | | | | | |
| | AT&T Mobility 5020 Ash Grove Road Springfield, IL 62711-6329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accelerated Rehab Centers, LTD 35212 Eagle Way Chicago, IL 60678-1352 | | | | | |
| | Accelerated Rehab Centers, LTD 35212 Eagle Way Chicago, IL 60678-1352 | | | | | |
| | Advantage Industries 3540 109th Street Urbandale, IA 50322-6321 | | | | | |
| | Advantage Industries 3540 109th Street Urbandale, IA 50322-6321 | | | | | |
| | Adversiting Specialty Institute c/o CST Bldg PO Box 33127 Louisville, KY 40232-3127 | | | | | |
| | Adversiting Specialty Institute c/o CST Bldg PO Box 33127 Louisville, KY 40232-3127 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnold Scott Harris, P.C. 222 Merchandise Mart Plaza Suite 1932 Chicago, IL 60654 | | | | | |
| | Arnold Scott Harris, P.C. 222 Merchandise Mart Plaza Suite 1932 Chicago, IL 60654 | | | | | |
| | Arrow Financial Services 5996 West Touhy Avenue Niles, IL 60714 | | | | | |
| | Arrow Financial Services 5996 West Touhy Avenue Niles, IL 60714 | | | | | |
| | Associated Recovery Systems PO Box 469046 Escondido, CA 92046 | | | | | |
| | Associated Recovery Systems PO Box 469046 Escondido, CA 92046 | | | | | |
| | BMW Financial Services Customer Communication Center PO Box 3608 Dublin, OH 43016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMW Financial Services Customer Communication Center PO Box 3608 Dublin, OH 43016 | | | | | |
| | Baker, Miller, Markoff & Krasny, LL 29 N. Wacker Dr, 5th Flor Chicago, IL 60606 | | | | | |
| | Baker, Miller, Markoff & Krasny, LL 29 N. Wacker Dr, 5th Flor Chicago, IL 60606 | | | | | |
| | Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America 475 CrossPoint Parkway P.O. Box 9000 Getzville, NY 14068-9000 | | | | | |
| | Bank of America 475 CrossPoint Parkway P.O. Box 9000 Getzville, NY 14068-9000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Bankruptcy NC4-105-02-99 PO Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank of America Attn: Bankruptcy NC4-105-02-99 PO Box 26012 Greensboro, NC 27410 | | | | | |
| | Beacon Funding Corp. 28 Lord Rd Marlborough, MA 01752 | | | | | |
| | Beacon Funding Corp. 28 Lord Rd Marlborough, MA 01752 | | | | | |
| | COSTON & RADEMACHER 105 W. Adams #1400 Chicago, IL 60603 | | | | | |
| | COSTON & RADEMACHER 105 W. Adams #1400 Chicago, IL 60603 | | | | | |
| | Captial One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Captial One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Centers For Family Change 2907 Butterfield Rd, Suite 240 Oak Brook, IL 60523 | | | | | |
| | Centers For Family Change 2907 Butterfield Rd, Suite 240 Oak Brook, IL 60523 | | | | | |
| | Chase 201 N Walnut Street Mailstop DE1-1027 Wilmington, DE 19801 | | | | | |
| | Chase 201 N Walnut Street Mailstop DE1-1027 Wilmington, DE 19801 | | | | | |
| | Chase Bank USA N.A. 131 South Dearborn Street Floor 5 Chicago, IL 60603 | | | | | |
| | Chase Bank USA N.A. 131 South Dearborn Street Floor 5 Chicago, IL 60603 | | | | | |
| | Citifinancial 3950 Regent Blvd. S2A-283 Irving, TX 75063-2244 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citifinancial 3950 Regent Blvd. S2A-283 Irving, TX 75063-2244 | | | | | |
| | Conseco PO Box 6153 Rapid City, SD 57709 | | | | | |
| | Conseco PO Box 6153 Rapid City, SD 57709 | | | | | |
| | Credit Control, LLC 5757 Phantom Dr Hazelwood, MO 63042 | | | | | |
| | Credit Control, LLC 5757 Phantom Dr Hazelwood, MO 63042 | | | | | |
| | Creditors Financial Group, LLC PO Box 440290 Aurora, CO 80044 | | | | | |
| | Creditors Financial Group, LLC PO Box 440290 Aurora, CO 80044 | | | | | |
| | Detroit Golf CLub c/0 Michelle A. Carter, Esq. 201 W. Big Beaver Rd, Suite 500 Troy, MI 48084 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Detroit Golf CLub c/0 Michelle A. Carter, Esq. 201 W. Big Beaver Rd, Suite 500 Troy, MI 48084 | | | | | |
| | Direct Loan Service System 501 Bleeker Street Madison, NY 13402 | | | | | |
| | Direct Loan Service System 501 Bleeker Street Madison, NY 13402 | | | | | |
| | Discover Financial Services Attention: Bankruptcy Department PO Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Financial Services Attention: Bankruptcy Department PO Box 3025 New Albany, OH 43054 | | | | | |
| | Discover P.O. Box 15316 Wilmington, DE 19850-5316 | | | | | |
| | Discover P.O. Box 15316 Wilmington, DE 19850-5316 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Evanston Northwestern Healthcare Hospital Billing 23056 Neetwork PL Chicago, IL 60673-1230 | | | | | |
| | Evanston Northwestern Healthcare Hospital Billing 23056 Neetwork PL Chicago, IL 60673-1230 | | | | | |
| | First Federal Credit Control 1550 Old Henderson Rd, Suite 100 Columbus, OH 43320-3626 | | | | | |
| | First Federal Credit Control 1550 Old Henderson Rd, Suite 100 Columbus, OH 43320-3626 | | | | | |
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | GE Money Bank Attn: Bankruptcy Dept. PO Box 103106 Roswell, GA 30076 | | | | | |
| | GE Money Bank Attn: Bankruptcy Dept. PO Box 103106 Roswell, GA 30076 | | | | | |
| | Gill Studios c/o Premium Collection Service 822 E. Grand River Rd Brighton, MI 48116 | | | | | |
| | Gill Studios c/o Premium Collection Service 822 E. Grand River Rd Brighton, MI 48116 | | | | | |
| | Global Acceptance Credit Company 5850 W. Interstate 20 Suite 100 Arlington, TX 76017 | | | | | |
| | Global Acceptance Credit Company 5850 W. Interstate 20 Suite 100 Arlington, TX 76017 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Highland Park Building III, LLC c/o Gregory E. Kulis & Assoc. 30 N. LaSalle St, Suite 2140 Chicago, IL 60602 | | | | | |
| | Highland Park Building III, LLC c/o Gregory E. Kulis & Assoc. 30 N. LaSalle St, Suite 2140 Chicago, IL 60602 | | | | | |
| | Illinois Tollway 2700 Ogden Avenue Downers Grove, IL 60515 | | | | | |
| | Illinois Tollway 2700 Ogden Avenue Downers Grove, IL 60515 | | | | | |
| | Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | | | | | |
| | Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | | | | | |
| | Klean Kanteen c/o Rodgers Law Offices, LLC 1751-D West Howard Ave, #237 Chicago, IL 60626 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Klean Kanteen c/o Rodgers Law Offices, LLC 1751-D West Howard Ave, #237 Chicago, IL 60626 | | | | | |
| | Lawrence B. Metrick, MD Renaissance Recovery Services, Inc. PO Box 1095 Park Ridge, IL 60068 | | | | | |
| | Lawrence B. Metrick, MD Renaissance Recovery Services, Inc. PO Box 1095 Park Ridge, IL 60068 | | | | | |
| | Lynn and Philip Barras 1128 Jeffrey Court West Northbrook, IL 60062 | | | | | |
| | Lynn and Philip Barras 1128 Jeffrey Court West Northbrook, IL 60062 | | | | | |
| | Matthew T. Voss 440 South LaSalle Street Chicago, IL 60605 | | | | | |
| | Matthew T. Voss 440 South LaSalle Street Chicago, IL 60605 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Meyer & Njus, PA 1100 U.S. Bank Plaza 200 S. Sixth Street Minneapolis, MN 55402 | | | | | |
| | Meyer & Njus, PA 1100 U.S. Bank Plaza 200 S. Sixth Street Minneapolis, MN 55402 | | | | | |
| | NCO Financial Systems Inc. 507 Prudential Road New York, NY 10285 | | | | | |
| | NCO Financial Systems Inc. 507 Prudential Road New York, NY 10285 | | | | | |
| | Nationwide Credit, Inc. 1150 E. University Dr First Floor Tempe, AZ 85281-8674 | | | | | |
| | Nationwide Credit, Inc. 1150 E. University Dr First Floor Tempe, AZ 85281-8674 | | | | | |
| | Nicor Gas Attn: Banklruptcy Department 1844 Ferry Rd Aurora, IL 60507 | | | | | |
| | Nicor Gas Attn: Banklruptcy Department 1844 Ferry Rd Aurora, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan Motor Acceptance Corp. Bankruptcy Department PO Box 660366 Dallas, TX 75266-0366 | | | | | |
| | Nissan Motor Acceptance Corp. Bankruptcy Department PO Box 660366 Dallas, TX 75266-0366 | | | | | |
| | North Shore Laboratory Services ATTN Collection Dept. 9851 Eagle Way Chicago, IL 60678 | | | | | |
| | North Shore Laboratory Services ATTN Collection Dept. 9851 Eagle Way Chicago, IL 60678 | | | | | |
| | Northshore University HealthSystem Hospital Building 23056 Network Place Chicago, IL 60673-1230 | | | | | |
| | Northshore University HealthSystem Hospital Building 23056 Network Place Chicago, IL 60673-1230 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northstar Location Services 4285 Genesee St Cheektowaga, NY 14225-1943 | | | | | |
| | Northstar Location Services 4285 Genesee St Cheektowaga, NY 14225-1943 | | | | | |
| | Nova Information Systems c/o Weltman, Weinberg & Reis Co. 180 N. LaSalle St, Suite 2400 Chicago, IL 60601 | | | | | |
| | Nova Information Systems c/o Weltman, Weinberg & Reis Co. 180 N. LaSalle St, Suite 2400 Chicago, IL 60601 | | | | | |
| | Penncro PO Box 538 Oaks, PA 19456 | | | | | |
| | Penncro PO Box 538 Oaks, PA 19456 | | | | | |
| | Pinnacle Management Services 514 Market Loop, Suite 103 Bloomingdale, IL 60108 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pinnacle Management Services 514 Market Loop, Suite 103 Bloomingdale, IL 60108 | | | | | |
| | Pinnacle Management Services 514 Market Loop, Suite 103 Bloomingdale, IL 60108 | | | | | |
| | Pinnacle Management Services 514 Market Loop, Suite 103 Bloomingdale, IL 60108 | | | | | |
| | Pioneer Credit Recovery, Inc. PO Box 228 Arcade, NY 14009 | | | | | |
| | Pioneer Credit Recovery, Inc. PO Box 228 Arcade, NY 14009 | | | | | |
| | RJM Acquisitions, LLC 575 Underhill Blvd Suite 224 Syosset, NY 11791 | | | | | |
| | RJM Acquisitions, LLC 575 Underhill Blvd Suite 224 Syosset, NY 11791 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Gold Mastercard P.O. Box 6922 The Lakes, NV 88901-6922 | | | | | |
| | Sears Gold Mastercard P.O. Box 6922 The Lakes, NV 88901-6922 | | | | | |
| | Sears Gold Mastercard PO Box 6282 Sioux Falls, SD 57117-6282 | | | | | |
| | Sears Gold Mastercard PO Box 6282 Sioux Falls, SD 57117-6282 | | | | | |
| | Target National Bank P.O. Box 59317 Minneapolis, MN 55459-0317 | | | | | |
| | Target National Bank P.O. Box 59317 Minneapolis, MN 55459-0317 | | | | | |
| | Target National Bank P.O. Box 673 Minneapolis, MN 55459-0673 | | | | | |
| | Target National Bank P.O. Box 673 Minneapolis, MN 55459-0673 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Pediatric Faculty Foundation PO Box 4051 Carol Stream, IL 60197-4051 | | | | | |
| | The Pediatric Faculty Foundation PO Box 4051 Carol Stream, IL 60197-4051 | | | | | |
| | Transworld Systems, Inc. 25 Northwest Point Blvd #750 Elk Grove Village, IL 60007 | | | | | |
| | Transworld Systems, Inc. 25 Northwest Point Blvd #750 Elk Grove Village, IL 60007 | | | | | |
| | US Department of Education Direct Loan Servicing Center PO Box 5609 Greenville, TX 75402-5609 | | | | | |
| | US Department of Education Direct Loan Servicing Center PO Box 5609 Greenville, TX 75402-5609 | | | | | |
| | Van Ru Credit Corporation 1350 E. Touhy Ave Suite 100e Des Plaines, IL 60018-3307 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Van Ru Credit Corporation 1350 E. Touhy Ave Suite 100e Des Plaines, IL 60018-3307 | | | | | |
| | Vital Recovery Services, Inc. PO Box 923747 Norcross, GA 30010-3747 | | | | | |
| | Vital Recovery Services, Inc. PO Box 923747 Norcross, GA 30010-3747 | | | | | |
| | West Suburban Currency Exchange c/o Mages & Price 707 Lake Cook Rd, Suite 314 Deerfield, IL 60015 | | | | | |
| | West Suburban Currency Exchange c/o Mages & Price 707 Lake Cook Rd, Suite 314 Deerfield, IL 60015 | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | BEACON FUNDING CORPORATION | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITAL RECOVERY IV LLC | | | | | |
| 000003 | CAPITAL RECOVERY IV LLC | | | | | |
| | COMMONWEALTH LAND TITLE INSURANCE C | | | | | |
| 000004 | DISCOVER BANK, DB SERVICING CORPORA | | | | | |
| 000007 | FIA CARD SERVICES, N.A. | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000011 | HIGHLAND PARK BUILDING III, LLC | | | | | |
| 000009 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000001 | REAL TIME RESOLUTIONS, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 10-49040   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MAGGIORE, MARCO R. | Date Filed (f) or Converted (c): | 10/31/10 (f) |
| | MAGGIORE, CARRIE L. | 341(a) Meeting Date: | 11/29/10 |
| For Period Ending: 12/16/14 | | Claims Bar Date: | 08/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 560 Checker Dr, Buffalo Grove, IL 60089 | 320,000.00 | 0.00 | | 239,000.00 | FA |
| 2. Cash on Hand | 35.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Bank -- Checking | 274.44 | 0.00 | | 0.00 | FA |
| 4. Fifth Third Bank - Checking | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Buffalo Grove Bank & Trust (Frozen by State Invest | 1,800.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods and Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Books and Pictures | 200.00 | 0.00 | | 0.00 | FA |
| 8. wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring | 5,695.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance through employment | 0.00 | 0.00 | | 0.00 | FA |
| 12. Iconic Concepts - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 13. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2 dogs | 30.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $332,234.44 | $0.00 | | $239,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CASE WAS FILED AS A NO ASSET CASE.  TRUSTEE IS FILING MOTION TO REOPEN BECAUSE MORTGAGE WAS IMPROPERLY RECORDED AND HOUSE AND IS VOID.  TRUSTEE HAS FILED MOTION TO EMPLOY BROKER AND ADVERSARY COMPLAINT TO AVOID LIENS AND SELL FREE AND CLEAR.  TRUSTEE HAS SOLD HOUSE AND OBTAINED COURT ORDER FOR SALE FREE AND CLEAR OF LIENS.  TRUSTEE FILED MOTIONS TO COMPENSATE ATTORNEYS AND TO PAY HOMESTEAD.  TRUSTEE IS REVIEWING CLAIMS AND WILL FILE OBJECTIONS IF NECESSARY - January

Ver: 18.03a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-49040   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MAGGIORE, MARCO R. | Date Filed (f) or Converted (c): | 10/31/10 (f) |
| | MAGGIORE, CARRIE L. | 341(a) Meeting Date: | 11/29/10 |
| | | Claims Bar Date: | 08/09/12 |

16, 2014.  TRUSTEE IS PREPARING HIS TFR AND RELATED DOCUMENTS - April 30, 2014.  TFR WAS FILED WITH THE COURT  - June

16, 2014.  TRUSTEE HAS PREPARED HIS TDR AND SUBMITTED IT TO THE UST FOR APPROVAL - December 16, 2014.

Initial Projected Date of Final Report (TFR): 06/30/13       Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit 9**

| Case No: | 10-49040 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MAGGIORE, MARCO R. | Bank Name: | ASSOCIATED BANK |
| | MAGGIORE, CARRIE L. | Account Number / CD #: | *******2358  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5866 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | 1 | CHICAGO TITLE AND TRUST COMPANY | | | 208,804.19 | | 208,804.19 |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:        239,000.00 | 1110-000 | | | |
| | | BROKERS REAL ESTATE COMMISSION | Memo Amount:      (   14,735.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | REAL ESTATE TAXES | Memo Amount:      (     9,051.73 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | MISCELLANEOUS EXPENSES RELATED TO S | Memo Amount:      (     6,409.08 ) | 2500-000 | | | |
| | | | Misc. expenses | | | | |
| 02/04/13 | 300001 | MARCO & CARRIE MAGGIORE | Payment of Homestead Exemption | 8100-000 | | 30,000.00 | 178,804.19 |
| | | | Payment of Homestead Exemption | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 100.11 | 178,704.08 |
| 02/21/13 | 300002 | Richard E. Patinkin | Attorney fees per court order | 3210-000 | | 3,015.00 | 175,689.08 |
| 02/23/13 | 300003 | ADVANTAGE INDUSTRIES | Satisfaction of Judgment | 4120-000 | | 4,839.75 | 170,849.33 |
| 03/05/13 | 300004 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 219.46 | 170,629.87 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 246.66 | 170,383.21 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 255.03 | 170,128.18 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 244.75 | 169,883.43 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 252.57 | 169,630.86 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 244.06 | 169,386.80 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 251.84 | 169,134.96 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 251.46 | 168,883.50 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 243.01 | 168,640.49 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 250.72 | 168,389.77 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 242.28 | 168,147.49 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 249.98 | 167,897.51 |

|  |  | Page Subtotals | 208,804.19 | 40,906.68 |  |
|---|---|---|---|---|---|

Ver: 18.03a

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        10-49040 -ABG
Case Name:   MAGGIORE, MARCO R.
                      MAGGIORE, CARRIE L.

Taxpayer ID No:   *******5866
For Period Ending:   12/16/14

Trustee Name:      JOSEPH E. COHEN
Bank Name:         ASSOCIATED BANK
Account Number / CD #:   *******2358  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 249.63 | 167,647.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 225.13 | 167,422.75 |
| 04/05/14 | 300005 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 243.14 | 167,179.61 |
| 07/16/14 | 300006 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Fees Trustee Fees | 2100-000 | | 13,700.00 | 153,479.61 |
| 07/16/14 | 300007 | CLERK, U.S. BANKRUPTCY COURT 219 S. Dearborn Street Chicago, IL 60604 | Deferred Adversary Filing Fees | 2700-000 | | 293.00 | 153,186.61 |
| 07/16/14 | 300008 | CLERK, U.S. BANKRUPTCY COURT 219 S. Dearborn Street Chicago, IL 60604 | Reopening fee | 2700-000 | | 260.00 | 152,926.61 |
| 07/16/14 | 300009 | COHEN & KROL, Attorneys for Trustee 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 7,223.40 | 145,703.21 |
| 07/16/14 | 300010 | JOSEPH E. COHEN, Attorney 105 West Madsion Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 3,611.70 | 142,091.51 |
| 07/16/14 | 300011 | COOKE & LEWIS, LTD. 2638 Patriot Blvd. Suite 100 Glenview, IL 60026 | Accountant  for Trustee fees Accountant for Trustee fees | | | 3,020.00 | 139,071.51 |
| | | | Fees                 2,750.00 | 3410-000 | | | |
| | | | Expenses            270.00 | 3420-000 | | | |
| 07/16/14 | 300012 | Commonwealth Land Title Insurance Co. c/o James A. Roth Fidelity National Law Group | General Unsecured 726(a)(2) | 7100-000 | | 69,454.66 | 69,616.85 |

Page Subtotals                0.00          98,280.66

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 29)*

FORM 2                                                                                                                    Page:    3
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                        Exhibit 9

Case No:          10-49040 -ABG                              Trustee Name:      JOSEPH E. COHEN
Case Name:        MAGGIORE, MARCO R.                         Bank Name:         ASSOCIATED BANK
                  MAGGIORE, CARRIE L.                        Account Number / CD #:      *******2358  Checking Account (Non-Interest Earn

Taxpayer ID No:   *******5866
For Period Ending: 12/16/14                                  Blanket Bond (per case limit):  $  5,000,000.00
                                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 10 S. LaSalle, Suite 2750 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 07/16/14 | 300013 | Real Time Resolutions, Inc. | Claim 000001, Payment 22.81216% | 7100-000 | | 10,142.29 | 59,474.56 |
| | | Agent for Specialized Loan Servicing LLC | (1-2) Amends Claim #1 | | | | |
| | | 1750 Regal Row, Suite 120 | (1-1) | | | | |
| | | Dallas, TX 75235 | modified on 5/14/012 to correct creditor address and | | | | |
| | | | secured amount (nm) | | | | |
| 07/16/14 | 300014 | Midland Funding, LLC | Claim 000002, Payment 22.81211% | 7100-000 | | 3,323.49 | 56,151.07 |
| | | c/o Recovery Management Systems Corp | (2-1) Projectline | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 07/16/14 | 300015 | Midland Funding, LLC | Claim 000003, Payment 22.81219% | 7100-000 | | 2,285.69 | 53,865.38 |
| | | c/o Recovery Management Systems Corp | (3-1) Citibank - SEARS GOLD | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | MASTERCARD | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 07/16/14 | 300016 | Discover Bank, DB Servicing Corporation. | Claim 000004, Payment 22.81221% | 7100-000 | | 1,524.46 | 52,340.92 |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 07/16/14 | 300017 | Beacon Funding Corporation | Claim 000005, Payment 22.81215% | 7100-000 | | 21,014.85 | 31,326.07 |
| | | c/o Patricia E. Rademacher | | | | | |
| | | Coston & Coston LLC | | | | | |
| | | P. O. Box 614 | | | | | |
| | | Chicago, IL 60690 | | | | | |
| 07/16/14 | 300018 | Capital One Bank (USA), N.A | Claim 000006, Payment 22.81217% | 7100-000 | | 649.20 | 30,676.87 |
| | | American InfoSource LP as agent | (6-1) modified on 6/8/12 to correct | | | | |
| | | PO Box 71083 | creditor address (nm) | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 07/16/14 | 300019 | FIA CARD SERVICES, N.A. | Claim 000007, Payment 22.81214% | 7100-000 | | 6,365.87 | 24,311.00 |
| | | Bank of America, N.A USA | (7-1) modified on 6/12/12 to | | | | |
| | | MBNA America Bank, N.A | correct creditor address (nm) | | | | |

                                                            Page Subtotals           0.00        45,305.85

                                                                                                            Ver: 18.03a
LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 30)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 10-49040  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MAGGIORE, MARCO R. | Bank Name: | ASSOCIATED BANK |
| | MAGGIORE, CARRIE L. | Account Number / CD #: | *******2358  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5866 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/14 | 300020 | PO Box 15102<br>Wilmington, DE 19886-5102<br>FIA CARD SERVICES, N.A.<br>Bank of America, N.A USA<br>MBNA America Bank, N.A<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000008, Payment 22.81214% | 7100-000 | | 3,627.79 | 20,683.21 |
| 07/16/14 | 300021 | Jefferson Capital Systems LLC<br>Purchased From GLOBAL ACCEPTANCE CREDIT<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: CHASE BANK USA | Claim 000009, Payment 22.81217% | 7100-000 | | 5,776.70 | 14,906.51 |
| 07/16/14 | 300022 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 22.81213%<br>(10-1) CREDIT CARD DEBT | 7100-000 | | 1,473.02 | 13,433.49 |
| 07/16/14 | 300023 | Highland Park Building III, LLC<br>c/o Gregory E. Kulis & Assoc.<br>30 N. LaSalle St, Suite 2140<br>Chicago, IL 60602 | Claim 000011, Payment 22.81215% | 7100-000 | | 13,433.49 | 0.00 |

| | | Page Subtotals | | 0.00 | 24,311.00 | |

Ver: 18.03a

FORM 2

Page:   5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-49040  -ABG | |
| Case Name: | MAGGIORE, MARCO R. | |
| | MAGGIORE, CARRIE L. | |
| Taxpayer ID No: | *******5866 | |
| For Period Ending: | 12/16/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2358  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 239,000.00 | COLUMN TOTALS | 208,804.19 | 208,804.19 | 0.00 |
| | Memo Allocation Disbursements: | 30,195.81 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 208,804.19 | 208,804.19 | |
| | Memo Allocation Net: | 208,804.19 | Less:  Payments to Debtors | | 30,000.00 | |
| | | | Net | 208,804.19 | 178,804.19 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 239,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 30,195.81 | Checking Account (Non-Interest Earn - *******2358 | 208,804.19 | 178,804.19 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 208,804.19 | | 208,804.19 | 178,804.19 | 0.00 |
| | | | =========== | =========== | =========== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 32)